PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**MICHAEL ZHANG**,<br><br>Debtor.<br>_____<br><br>**CLAY FOLDEN,** an individual and **NIMBUS LABORATORIES**, a California corporation**,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MICHAEL ZHANG**,<br><br>Defendant.<br>_____ | Case No.: 2:23-bk-14602-VZ<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01448-VZ<br><br>**UNITED STATES TRUSTEE'S STATEMENT REGARDING INTENTION TO INTERVENE IN 727 LITIGATION**<br><br>Hearing:<br>Date:  March 25, 2025<br>Time: 11:00 a.m.<br>Ctrm: 1360<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE PLAINTIFFS, THE DEFENDANT, AND ALL INTERESTED PARTIES:**

As stated in prior pleadings, the U.S. Trustee's investigation into this bankruptcy case has revealed that the claims made in the above-captioned adversary proceeding under 11 U.S.C. § 727 are viable and that the prosecution of those claims would be in the best interest of the creditors.

- 1 -

1    On December 12, 2024, the Debtor, Michael Zhang, filed a Motion to Approve Compromise with creditor, Clay Folden, including proposed dismissal of 727 claims (the "Compromise Motion", Adv. Dkt. No. 27). On December 19, 2024, the U.S. Trustee filed a response to the Compromise Motion, seeking to intervene and substitute in as the plaintiff in the pending above-captioned adversary proceeding (the "Adversary").

On February 13, 2025, the Court held a hearing on the Compromise Motion and requested all parties to converse with one another and file a statement regarding their intentions with respect to the Compromise Motion and the Adversary.

The U.S. Trustee has spoken with Michael Allan, counsel for Debtor, Michael Zhang (the "Debtor"), and it is the U.S. Trustee's understanding that the Debtor will proceed with that portion of the 9019 motion and settlement which resolves the §523 non-dischargeability claims with Clay Folden and Nimbus Laboratories. With respect to the 727 claims, the U.S. Trustee and Debtor are currently engaged in settlement negotiations, including a potential waiver of the Debtor's discharge. The U.S. Trustee is hopeful such negotiations will result in a swift resolution of the outstanding claims in this Adversary.

Dated: March 10, 2025

Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/*Noreen A. Madoyan*
NOREEN A. MADOYAN
Trial Attorney

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **U.S. Trustee's Statement Regarding Intention to Intervene in 727 Litigation** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____3/10/25_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven A Alpert**   enotice@pricelawgroup.com, alpert@pricelawgroup.com;r43354@notify.bestcase.com
- **Rosendo Gonzalez**   rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **David S Hagen**   davidhagenlaw@gmail.com
- **Jeremy H Rothstein**   jrothstein@gblawllp.com, msingleman@gblawllp.com;MBowes@gblawllp.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Timothy Yoo (TR)**   tjytrustee@lnbyg.com, tjy@trustesolutions.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___3/10/25_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Please see attached.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/10/25 | Noreen A. Madoyan | /s/ Noreen A. Madoyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

SECTION II – U.S. MAIL SERVICE

**Debtor**
Michael Zhang
1629 Fremont Ave., Apt. 1,
South Pasadena, CA, 91030

**Judge**
Hon. Vincent P. Zurzolo
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA, 90012

**Moving Party**
G&B LAW, LLP
Jeremy H Rothstein,
16000 Ventura Blvd Ste 1000,
Encino, CA, 91436

**Other**
Michael L. Allan
2181 East Foothill Blvd., Suite 102
Pasadena, CA 91107